**Opinion issued December 31, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00744-CV

———————————

**JENNY DAY AND GUILLERMO MORENO, Appellants**

**V.**

**CLASSIC AUTOPLEX, Appellee**

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Case No. 17-CV-0081**

---

## MEMORANDUM OPINION

Appellants, Jenny Day and Guillermo Moreno, have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041; Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of

Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 5; 42.3(c).

We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.